IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER: (1) AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND A TRAP AND TRACE DEVICE; AND (2) AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION AND/OR CELL SITE INFORMATION | : | CASE NO. 3:12 MJ 039 |

ORDER SEALING APPLICATION AND ORDER AUTHORIZING
PEN REGISTERS AND TRAP AND TRACE DEVICES

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application and Order Authorizing Pen Registers and Trap and Trace Devices be sealed and kept from public inspection.

_7-1-16_
DATE

_____
SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE